

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2014

No. 04-14-00360-CV

Jennifer L. **ZUNIGA,**
Appellant/Cross-Appellee

v.

Christopher **MEDINA** (Cross-Appellant), Richard Medina, and Shelly Medina,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-10872
Honorable Larry Noll, Judge Presiding

# O R D E R

The reporter's record was due July 1, 2014, but it was not filed. This court notified the court reporter that the reporter's record was late. The court reporter responded to our notice by stating that the record was not filed because appellant Jennifer Zuniga has not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b).

We order appellant to provide written proof to this court on or before **July 28, 2014** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See* TEX. R. APP. P. 20.1, 35.3(b). If appellant fails to file such proof within the time provided, Zuniga's brief will be due **August 15, 2014**, and the court will only consider those issues or points raised in her brief that may be decided with reference to the part of the reporter's record requested and paid for by the cross-appellant. *See* TEX. R. APP. P. 37.3(c).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2014.

Keith E. Hottle
Clerk of Court